IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGINALD BROWN, on behalf of himself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>ITEL NETWORKS, INC.<br><br>    Defendant.<br>_____ | )<br>)  Civil Action<br>)  No. 1:16-cv-04309-WSD<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S VOLUNTARY DISMISSAL

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Reginald Brown, by and through undersigned counsel, dismisses the above referenced and claims raised therein, without prejudice.

This 12th day of December, 2016.

                                         s/V. Severin Roberts
                                         V. Severin Roberts
                                         Georgia Bar No. 940504

**BARRETT & FARAHANY**
1100 Peachtree Street, N.E.
Suite 500
Atlanta, GA 30309
                             (404) 214-0120

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGINALD BROWN, on behalf of himself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>ITEL NETWORKS, INC.<br><br>    Defendant.<br>_____ | )<br>)  Civil Action<br>)  No. 1:16-cv-04309-WSD<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing PLAINTIFF'S VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 12th day of December, 2016.

                                                    s/V. Severin Roberts
                                                  V. Severin Roberts
                                                  Georgia Bar No. 940504